IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA | * | |
| v. | * | CRIM NO. GLR-21-0120 |
| DONTE HERRING | * | |
|  | * | |

\* \* \* \* \*

**DEFENDANT DONTE HERRING'S MOTION TO PRECLUDE THE GOVERNMENT FROM INTRODUCING AT TRIAL ANY EVIDENCE SEIZED FROM AN ICLOUD ACCOUNT ATTRIBTED TO XAVIER JONES FOR INCOMPLETE AND LATE DISCLOSURE TO DEFENSE COUNSEL**

Defendant, Donte Herring, by and through his undersigned counsel, David Walsh-Little respectfully moves, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, to preclude the Government from introducing into evidence items seized from an iCloud account attributed to Xavier Jones and in support thereof states as follows:

1. Undersigned counsel has communicated with counsel for Xavier Jones and Mr. Jones joins in this motion.

2. On or about April 22, 2021, Donte Herring was charged by indictment, along with co-defendants Xavier Jones and Rico Dashiell with two counts of Interference with Interstate Commerce by Robbery in violation of 18 U.S.C. § 1951(a) and two counts of Brandishing a Firearm In Relation to a Crime of Violence in violation of 18 U.S.C. § 924(c).

3. On or about May 24, 2021, then Magistrate Judge Thomas M. DiGirolamo signed a search warrant for three iCloud accounts including one attributed to Xavier Jones

1

(xxdagreat.sge@icloud.com).  *Exhibit #1*.  The warrant was to be served by June 7, 2021.

4. On January 8, 2022,  Donte Herring, via counsel, requested all applicable discovery from the Government including, pursuant to Fed.R.Crim.P. 16(a)(1)(E)(ii), all books, papers, documents, data, photographs, or tangible objects, or copies or portions thereof, that the government intends to use at trial in its case-in-chief.

5. On April 13, 2022, the Court issued a scheduling order which set a trial date of March 6, 2023.  ECF No. 64.

6. On February 15, 2023, less than three weeks before the scheduled trial date the Government emailed to defense counsel fifty pictures from Mr. Jones' iCloud account.  None of the pictures have dates or times of when they were taken.

7. The full and complete iCloud account which was presumably seized by the Government pursuant to the attached search warrant, as of the filing of this motion, has not been disclosed to defense counsel.

8. Included in the emailed photos, is a picture that the Government believes is Mr. Herring holding an ankle bracelet and strap in his hand.  You can't see the face of the person in the photo.  Defense counsel has been denied the opportunity to fully investigate when this and other photos were taken, where exactly they were taken, who was present when they were taken, and the surroundings area of the photo which may add context to what is in the picture.

For these reasons, Mr. Herring requests, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure,  that the Government be precluded from entering into evidence at the trial of

this matter any evidence seized from an iCloud account and any other and further relief that justice demands.

Respectfully submitted

/s/
DAVID WALSH-LITTLE, #23586
The Law Office of David Walsh-Little, LLC
1014 West 36th Street
Baltimore, Md 21211
Tel: 1.410.205.9337
Fax: 1.667.401.2414
Email: david@walshlittlelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion was sent to all parties via CM/ECF.

/s/
DAVID WALSH-LITTLE, #23586

.